463 A.2d 34

Commonwealth v. Strickler, Appellant.

Submitted April 5, 1983. David Zwanetz, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Order affirmed.

463 A.2d 34

Commonwealth v. Towns, Jr., Appellant.

Submitted April 26, 1983. Francis E. Gleeson, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgments of sentence affirmed.